

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00311-CV

THERON G. OWENS,

                                                                    Appellant

 v.

DR. BETTY WILLIAMS,

                                                                    Appellee


### From the 12th District Court
### Walker County, Texas
### Trial Court No. 2029848


## MEMORANDUM OPINION


Theron G. Owens appeals the trial court's denial of Owens's motion for the appointment of counsel. The Clerk of this Court notified Owens by letter that his appeal was subject to dismissal because it appeared that no final, appealable judgment or order had been signed by the trial court. *See* TEX. R. APP. P. 25.1(b), (d)(2); 26.1. A denial of a motion for appointment of counsel is not a final, appealable order. Owens was warned in the same letter that the appeal would be dismissed unless Owens showed grounds for continuing the appeal. Owens has not shown grounds for continuing the appeal.

Accordingly, this appeal is dismissed for want of jurisdiction.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; TEX. GOV'T CODE §§ 51.207(b); 51.208; § 51.941(a). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed October 19, 2022
[CV06]

